# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| WILLIAM S. CROWE, | CIVIL ACTION |
| --- | --- |
| Plaintiff, | |
| v. | |
| SOBIESKI SERVICES, INC., | NO. #17-1310 |
| Defendant. | |

## O R D E R

**AND NOW**, this 2nd day of August, 2018, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 28), Plaintiff's Response to the Motion (ECF No. 32), and Defendant's Reply (ECF No. 33), **IT IS ORDERED** that:

1. Defendant's Motion for Summary Judgment (ECF No. 28) is **GRANTED IN PART** and Plaintiff's breach of contract claim is **DISMISSED WITH PREJUDICE**; and,

2. Defendant's Motion for Summary Judgment (ECF No. 28) is otherwise **DENIED**.

BY THE COURT:

/s/ Wendy Beetlestone

_____

**WENDY BEETLESTONE, J.**